**CRIMINAL COMPLAINT**
(Electronically Submitted)

| # United States District Court | **DISTRICT of ARIZONA** |
|---|---|
| **United States of America**<br>v.<br>**Isabel Marie Rosas**<br>DOB: 1975; United States Citizen<br>**Thomas Allen Glomski**<br>DOB: 1965; United States Citien | **DOCKET NO.**<br><br>**MAGISTRATE'S CASE NO.**<br><br>20-03176MJ |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 7, 2020, in the District of Arizona, Isabel Marie Rosas and Thomas Allen Glomski knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 4,000 rounds of .38 Super caliber ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

Homeland Security Investigations Special Agents received information that a shipment of 4,000 rounds of .38 Super caliber ammunition was delivered to the residence of Thomas Allen Glomski in Tucson, Arizona, on May 7, 2020.

On June 9, 2020, agents interviewed Glomski, who admitted that on May 7, 2020, he received mail parcels which he believed contained ammunition. Glomski stated that Isabel Marie Rosas had asked him to receive the boxes on her behalf, and Rosas subsequently picked up the boxes from his residence. Glomski advised he believed the boxes of ammunition were ultimately destined to be smuggled into Mexico. On the same date, agents also interviewed Rosas, who stated she had agreed to receive boxes of ammunition in Tucson for an individual in Mexico, and she coordinated the delivery of the boxes of ammunition to Glomski's residence. Rosas stated that another individual had picked up the boxes of ammunition from Glomski's residence, that she believed the boxes of ammunition were ultimately destined to be smuggled into Mexico, and that she was to be paid $50.00 per box of ammunition received.

The ammunition which Glomski and Rosas received and facilitated the transfer and transportation of in furtherance of the smuggling offense qualifies as United States Commerce Control List items and therefore is prohibited by law for export from the United States into Mexico without a valid license. Neither Glomski, Rosas, nor any other individual involved in the smuggling offense had a license or any other lawful authority to export the ammunition from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br><br>ANGELA WOOLRIDGE Digitally signed by ANGELA WOOLRIDGE Date: 2020.12.29 16:36:37 -07'00'<br>AUTHORIZED AUSA *Angela W. Woolridge* | SIGNATURE OF COMPLAINANT<br><br>CLINTON P FORTE Digitally signed by CLINTON P FORTE Date: 2020.12.29 18:08:16 -07'00'<br><br>OFFICIAL TITLE<br>HSI Special Agent Clinton Forte |
|---|---|
| Sworn by telephone __x__ | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br><br>*Leslie A. Bowman* | DATE<br>December 30, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

CC: USM, AUSA, PTS